UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-13684 |
| Jessie J. Eudave | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

**ORDER MODIFYING STAY AS TO**
**Meadow Creek Community Association, Inc.**

This cause coming on to be heard on the Motion of Meadow Creek Community Association, Inc. to modify the automatic stay, due notice having been given, and the Court being advised in the premises,

IT IS ORDERED that the Automatic Stay is modified as to Meadow Creek Community Association, Inc.'s secured interest in the real property commonly known as 25225 O'Hare Court, Lot 131, Monee, IL 60449 pursuant to §362(d) of the United States Bankruptcy Code to allow Meadow Creek Community Association, Inc. to pursue its state court remedies.

IT IS FURTHER ORDERED that the 14 day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable and Meadow Creek Community Association, Inc. may immediately enforce and implement this order granting relief from the automatic stay.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: March 23, 2018

**Prepared by:**

Katerina Tsoukalas-Heitkemper
TRESSLER LLP
2600 East 107th Street, Suite 100
Bolingbrook, IL  60440
(630)343-5200
Attorney # 6288666